**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 26, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-11-00610-CV

### DOWNTOWN PERFORMANCE MEDICAL CENTER, Appellant

### V.

### CANALES MORGAN, LLP, THE MORGAN LAW OFFICE and GORDON MORGAN INDIVIDUALLY, Appellees

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2009-44738**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 19, 2011. On June 18, 2012, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore and Brown.